1  JOHN L. SLAFSKY, State Bar No. 195513
   HOLLIS BETH HIRE, State Bar No. 203651
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: jslafsky@wsgr.com
          hhire@wsgr.com
6
7  Attorneys for Defendant
   Zazzle.com, Inc.
8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10
                       SOUTHERN DIVISION
11

| | |
|---|---|
| CLAY SMITH ENGINEERING, INC., | CASE NO.: SACV08-01275 DOC (MLGx) |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| ZAZZLE.COM, INC., | |
| Defendant. | |

1  NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a) of the Federal
2  Rules of Civil Procedure and in accordance with a settlement agreement reached in
3  connection with the above-captioned action (the "Action"), Plaintiff Clay Smith
4  Engineering, Inc. and Defendant Zazzle.com, Inc., hereby stipulate to the dismissal
5  of the Action with prejudice.

Dated:  February 19, 2009         WILSON SONSINI GOODRICH & ROSATI

                                  By:   /s/ Hollis Beth Hire
                                        John L. Slafsky
                                        Hollis Beth Hire

                                        Attorneys for Defendant Zazzle.com, Inc.

Dated:  February 19, 2009         LAW OFFICES OF CHRISTINE KAROL
                                  ROBERTS

                                  By:   /s/ Christine Karol Roberts
                                        Christine Karol Roberts

                                        Attorneys for Plaintiff Clay Smith
                                        Engineering, Inc.